UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISTON D. CALLWOOD, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *   Criminal Action No. 09-10313-JLT |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

ORDER

March 25, 2014

TAURO, J.

Having reviewed Magistrate Judge Dein's Report and Recommendation [#66], and there being no objections filed, this court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [#59] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge